**TOWN OF MIDDLEBURY v. David K. SMITH and Eric Flanagan, Trustees of the Joseph Battell Park Trust, the President and Fellows of Middlebury College, and All Beneficiaries of the Chipman Hill Park Trust, so called, created under the will of Joseph Battell, No. 158-76**

November 4, 1976. Appeal dismissed for failure to comply with Order of this Court dated October 7, 1976.

**IN RE Dennis HARTMAN, No. 307-76**

November 4, 1976. The respondent's petition below having been heard by the presiding judge rather than the court, as required by 13 V.S.A. § 7131, the cause is remanded to the Washington Superior Court, with direction to hear and determine the same forthwith.

**STATE of Vermont v. Paul LAWRENCE, No. 91-75**

November 23, 1976. It appearing that the defendant is under confinement on another charge, the condition of bail relating to the furnishing of security by his parents is lifted and the lien discharged.

**T. C. INDUSTRIES, INC. v. Leonard SILVERFINE, No. 175-75**

November 23, 1976. Appeal dismissed for failure to comply with progress order of October 5, 1976.

**State of Vermont v. George FISHER, Jr., No. 193-76**

November 23, 1976. Appeal dismissed for failure to comply with Order of this Court dated October 22, 1976.

**STATE of Vermont v. Henry E. MANNING, No. 286-76**

November 23, 1976. Respondent's petition for extraordinary relief is dismissed for failure to comply with V.R.A.P. 21.

**STATE of Vermont v. Ronald James TOUCHETTE, No. 303-76**

November 23, 1976. Cause remanded in order that the judicial officer shall set forth in writing the reasons for requiring the conditions imposed. 13 V.S.A. § 7554(d).